Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.09-70384-HDH |
| Beverly Mae Young | § | |
| | § | CHAPTER 13 |
| Debtor(s) | § | |
| | § | |

## MOTION TO WAIVE WAGE DIRECTIVE

NOW COMES, Beverly Mae Young, in the above-styled and numbered cause, and file this Motion to Waive Wage Directive on behalf of Debtor(s), and in support thereof would respectfully show unto the Court as follows:

1. Debtor(s) filed a Chapter 13 Bankruptcy on 8/4/2009.

2. Debtor(s) are asking the Court to waive the requirement of payroll deduction for their Chapter 13 payment. Debtor is a cafeteria worker at Decatur ISD. She only works part-time during the school year. Her income is not enough to cover the plan payment. Her plan payment will be made with combined household income.

WHEREFORE, Debtor(s) Beverly Mae Young, pray that the Motion to Waive Wage Directive filed on Behalf of Debtor(s) be granted and for such other and further relief to which said Debtor(s) may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White, SBN 00785232
Attorney for debtor(s)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on August 13, 2009
the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑     does not oppose the motion

☐     opposes the motion

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

      I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the mailing matrix by ECF and/or regular mail on August 18, 2009.

                                                s/Monte J. White
                                                Attorney for Debtor

```
Label Matrix for local noticing        1100 Commerce Street              A.M. Home Diagnostics, Inc
0539-7                                  Room 1254                         1101 W Eagle Dr Ste D
Case 09-70384-hdh13                     Dallas, TX 75242-1305             Decatur, TX 76234-3721
Northern District of Texas
Wichita Falls
Fri Aug 14 14:53:09 CDT 2009

Advanced Heart Care                     Allianceone                       Assetcare, Inc.
8150 North Nentral Expressway           7311 Quality Circle Dr            P.O. Box 15380
Ste M1001                               Anderson, IN 46013-2014           Wilmington, DE 19850-5380
Dallas, TX 75206-1884


Cabelas Club Visa                       Credit Control, LLC               DISCOVER BANK
P.O. Box 82575                          PO Box 488                        DFS Services LLC
Lincoln, NE 68501-2575                  Hazelwood, MO 63042-0488          PO Box 3025
                                                                          New Albany, Ohio  43054-3025


DRS                                     David A. Ray, D.O.                Discover Financial
Wise Regional Medical Center            808 Woodrow Wilson Ray CR         Attention:  Bankruptcy Department
PO Box 460036                           Bridgeport, TX 76426-2061         PO Box 3025
Garland, TX  75046-0036                                                   New Albany, OH 43054-3025


Enhanced Recovery Corp                  Evision Imaging of North Fort Worth   Executive Services
PO Box 1967                             PO Box 974876                     1200 Austin St
Southgate, MI 48195-0967                Dallas, TX 75397-0001             PO Box 2248
                                                                          Wichita Falls, TX 76307-2248


Internal  Revenue Service               LVNV Funding                      Livingston Financial, LLC
1100 Commerce St., Room 951             Attn: Bankrutpcy Department       PO Box 6335
Mail Stop 5029 DAL                      PO Box 10587                      Fargo, ND 58125-6335
Dallas, TX 75242-1001                   Greenville, SC 29603-0587


MRS  Associate, Inc                     Meria G Aulds, MD PA              Messerli and Kramer
1930 Olney Ave                          3900 Ben Merritt Dr No. A-2       3033 Campus Drive, Suite 250
Cherry Hill, NJ 08003-2016              Decatur, TX 76234                 Plymouth, MN 55441-2662


Monte J. White & Associates             North Central Texas Orthoopedic   PRA Receivables Management, LLC
1106 Brook Ave                          1713 S FM 51 Suite 103            As Agent Of Portfolio Recovery Assocs.
Wichita Falls, TX 76301-5009            Decatur, TX 76234-3644            c/o Platinum Visa
                                                                          POB 41067
                                                                          NORFOLK VA 23541-1067


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Radiology of North Texas, P.A.    Rhema Medical
PO BOX 41067                            800 Rockmead Dr, Ste 210          PO Box 2080
NORFOLK VA 23541-1067                   Kingwood, TX 77339-2113           Texarkana TX 75504-2080


Sears Gold Mastercard                   Specialized Collection Systems, Inc.   Stephens and Michaels Associates Inc
P.O. Box 6922                           P.O. Box 441508                   63 Range Rd
The Lakes, NV 88901-6922                Houston, TX 77244-1508            Windham, NH 03087-2098
```

| | | |
|---|---|---|
| WFB - NE<br>PO Box 82608<br>Lincoln, NE 68501-2608 | WFNNB - Roamans<br>PO Box 182121<br>Columbus, OH 43218-2121 | WFNNB - Woman Within<br>PO Box 182273<br>Columbus, OH 43218-2273 |
| Wells Fargo<br>P O Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Card Services<br>PO Box 10347<br>Des Moines, IA 50306-0347 | Winnie C Blaylock, CRNA<br>PO Box 1170<br>Bridgeport, TX 76426-1170 |
| Wise County<br>Linebarger, Goggan, Blair & Sampson, LLP<br>2323 Bryan St Ste 1600<br>Dallas, TX 75201-2644 | Wise County Medical & Surgical<br>1001 Eagle Drive<br>Decatur, TX 76234-3745 | Wise Regional Health System<br>2000 FM 51 South<br>Decatur, TX 76234-3702 |
| World Financial Network National Bank<br>P O Box 182124<br>Columbus, OH 43218-2124 | Beverly Mae Young<br>240 CR 1326<br>Bridgeport, TX 76426-6444 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541

End of Label Matrix
Mailable recipients   43
Bypassed recipients    0
Total                 43